IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ADIDAS AMERICA, INC.,** a Delaware corporation,

        Plaintiff,

   v.

**W. BRAND BOBOSKY**, a resident of Illinois; and **WE NOT ME, LTD.,** an Illinois corporation,

        Defendants.
_____

Civil No. 10-603-PK

O R D E R

    Stephen M. Feldman
    Perkins Coie, LLP
    1120 NW Couch Street, 10th Floor
    Portland, Oregon  97209-4128

    David K. Friedland
    Jaime S. Rich
    Lott & Friedland, P.A.
    355 Alhambra Circle, Suite 1100
    Coral Gables, Florida  33134

        Attorneys for Plaintiff

Page 1 - ORDER

    Kenneth R. Davis , II
    Lane Powell P.C.
    601 S.W. Second Avenue, Suite 2100
    Portland, Oregon  97204-3158

    Stephen W. Drinnon
    The Drinnon Law Firm, PLLC
    1700 Pacific Avenue, Suite 2230
    Dallas, Texas  75201

        Attorneys for Defendants

KING, Judge:

    The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on October 8, 2010.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT  Magistrate Judge Papak's Findings and Recommendation dated October 8, 2010 (#21) in its entirety.

    IT IS HEREBY ORDERED that Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (#11) is granted.  This action is dismissed with prejudice.

    DATED this   28th   day of October, 2010.

                               /s/ Garr M. King
                                 GARR M. KING
                           United States District Judge